**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24457/6850007122

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>April Jimenez<br>        Debtor.<br>―――――――――――――――――――<br>Mortgage Electronic Registration Systems as nominee for US Bank N.A<br>        Movant,<br>  vs.<br><br>April Jimenez, Debtor, Brian J. Mullen, Trustee.<br><br>        Respondents. | No. 2:09-bk-18616-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #16) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 12, 2006 and recorded in the office of the Maricopa County Recorder wherein Mortgage Electronic Registration Systems as nominee for US Bank N.A is the current beneficiary and April Jimenez has an interest in, further described as:

> Unit Six (6A), according to the Amended and Restated Declaration of Condominium and of Convenants, Conditions and Restrictions for CAMBRIDGE ESTATES CONDOMINIUM, recorded September 20, 102 at Recorder's No. 2001-0865746; Re-recorded February 8, 2002, as 2002-0141065 and re-recorded February 11, 2002, as 2002-0145342, all of Official Records, and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 253 of Maps, page 23, and in Book 262 of Maps, page 31.
>
> Together with an undivided interest in the common elements as set forth in said Declaration and Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT